IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID JOSEPH MUNCHINSKI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 03-788 |
| ) | |
| vs. ) | Judge Alan N. Bloch |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| WEXFORD HEALTH SERVICES, INC.; ) | |
| EUGENE GINCHEREAU, M.D., Medical ) | Doc. Nos. 90, 91 |
| Director; PAUL NOEL, M.D., Wexford ) | |
| Regional Medical Director for Western ) | |
| Pennsylvania; JOAN DELIE, Correctional ) | |
| Health Care Administrator; NEAL K. ) | |
| MECHLING, Facility Manager, ) | |
| SCI-Pittsburgh; and PRISON HEALTH ) | |
| SERVICES INC., ) | |
| Defendants. ) | |

## ORDER

On July 22, 2005 Defendants Wexford Health Services, Inc. and Defendants Paul Noel, M.D. and Prison Health Services, Inc. filed separate motions to strike Plaintiff's Motion for Summary Judgment filed on July 19, 2005. **IT IS ORDERED** this 3rd day of March, 2006, that Defendants' Motions are **DENIED**.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Lisa Pupo Lenihan
United States Magistrate Judge

1

cc:    David J. Munchinski
AJ 0877
SCI Fayette
PO Box 9999
LaBelle, PA 15450

Patricia L. Dodge, Esq.
Meyer, Unkovic & Scott LLP
1300 Oliver Bldg.
Pittsburgh, PA 15222

Elizabeth M. Yanelli, Esq.
Pietragallo, Bosick & Gordon
38th Floor, One Oxford Centre
Pittsburgh, PA 15219

Rodney M. Torbic, Esq.
Senior Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219