IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID JOSEPH MUNCHINSKI, ) | |
| ) | Civil Action No. 03 - 788 |
| Plaintiff, ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| v. ) | |
| ) | |
| WEXFORD HEALTH SERVICES, INC., ) | |
| et al.; ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff in this action has filed numerous requests for the court to appoint counsel to represent him in this matter. Although previous requests for counsel had been denied, the case is now postured for trial. The Court believes that if counsel is willing to accept this case on a pro bono basis, it is appropriate to assign counsel for purposes of trial only. Therefore,

**IT IS ORDERED** this 11th day of December, 2006, that Roy Powell, Esq., Cecilia Dickson, Esq., and Rebekah Kcehowski, Esq., of the law firm of Jones Day, are appointed as counsel for Plaintiff on a pro bono basis for trial only.

**IT IS FURTHER ORDERED** that no further discovery is to be done in this case without good cause and leave of court.

**IT IS FURTHER ORDERED** that a status conference is to take place before the undersigned on January 16, 2007 at 10am in courtroom 7B.

_____
Lisa Pupo Lenihan
U.S. Magistrate Judge

cc:

**DAVID JOSEPH MUNCHINSKI**
AJ-0877
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Roy Powell
Jones Day
500 Grant St. Suite 3100
Pgh., PA 15219-2502

Cecilia Dickson
Jones Day
500 Grant St. Suite 3100
Pgh., PA 15219-2502

Rebekah Kcehowski
Jones Day
500 Grant St. Suite 3100
Pgh., PA 15219-2502

Counsel of Record